## ACCOUNT AGREEMENT

**MapleMark BANK**
4143 Maple Ave, Ste 100
Dallas, TX 75219

| Account Number: | 91 |
|---|---|

**Account Owner(s) Name & Address**
J GLOBAL SUPPLY LLC
415 E PINE ST APT 607
ORLANDO, FL 32801-2877

Agreement Date: 10/15/2020   By: XC

☐ EXISTING Account - This agreement replaces previous agreement(s).
☐ This is a Temporary account agreement.

**Account Description:**
MAPLEMARK BUSINESS

☒ Checking ☐ Savings ☐ NOW ☐ _____
Initial Deposit $ .00   Source: _____

### Ownership of Account - CONSUMER Purpose

☐ The types of accounts provided by Texas law have been disclosed on the separate Single-Party or Multiple-Party Account Selection Form Notice (Selection Form Notice), on which the undersigned have initialed to designate the ownership type selected. The undersigned acknowledge(s) receipt of a copy of the completed Selection Form Notice.

☐

### Ownership of Account - BUSINESS Purpose

☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☐ LLC (LLC tax classification: ☐ C Corp ☐ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ Non-Profit
☒ LIMITED LIABILITY COMPANY
Business: _____

**Additional Information:**

**Signature(s).** The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions  ☒ Truth in Savings  ☒ Funds Availability
☒ Electronic Fund Transfers  ☒ Privacy  ☒ Substitute Checks
☐ Common Features  ☒ Fee Schedule

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [X DocuSigned by: J-T Moli  EC85CBE266B84F9...]
JUAN ANTONIO MOLINA
I.D. # 81   D.O.B. 5/28/1996

(2): [X _____]
I.D. # _____   D.O.B. _____

(3): [X _____]
I.D. # _____   D.O.B. _____

(4): [X _____]
I.D. # _____   D.O.B. _____

☐ The person(s) named below are Convenience Signers only (not owners)

[X _____]
I.D. # _____   Other _____

[X _____]
I.D. # _____   Other _____

### Backup Withholding Certifications (Non-"U.S. Persons" - Use separate Form W-8)

☒ By signing at right, I, J GLOBAL SUPPLY LLC _____, certify under penalties of perjury that the statements made in this section are true.

☒ **TIN:** 51 _____  The Taxpayer Identification Number (TIN) shown is my correct taxpayer identification number.

☒ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).


EXHIBIT A-1

# Certification Regarding Internet Gambling

The business entity identified below certifies that it does not engage in an Internet gambling business within the meaning of Federal Reserve Regulation GG.

**Business Entity**

J GLOBAL SUPPLY LLC

DocuSigned by:
*[signature]*
FC85CBE266B84F9...
JUAN ANTONIO MOLINA

10/16/2020 | 7:09:15 PM BST

Date

# Limited Liability Company Authorization Resolution



4143 Maple Ave, Ste 100
Dallas, TX 75219

**By:** J GLOBAL SUPPLY LLC
415 E PINE ST APT 607
ORLANDO, FL 32801-2877

*Referred to in this document as "Financial Institution"*

*Referred to in this document as "Limited Liability Company"*

I, JUAN ANTONIO MOLINA, OWNER, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of FLORIDA, Federal Employer I.D. Number 51, engaged in business under the trade name of J GLOBAL SUPPLY LLC, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on _____ *(date)*. These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**Agents.** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| Name and Title or Position | Signature | Facsimile Signature *(if used)* |
|---|---|---|
| A. JUAN ANTONIO MOLINA, OWNER | X *(DocuSigned by: J T Moli / FC85CBE266B84F9...)* | X |
| B. | X | X |
| C. | X | X |
| D. | X | X |
| E. | X | X |
| F. | X | X |

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 1 of 4

**Powers Granted.** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A | (1) Exercise all of the powers listed in this resolution. | 1 |
| | (2) Open any deposit or share account(s) in the name of the Limited Liability Company. | |
| | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | |
| | (4) Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | |
| | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | |
| | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | |
| | (7) Other: | |

**Limitations on Powers.** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

## Resolutions

As used in this resolution, the term "Manager" means the person or persons designated by the members of the Limited Liability Company in a manager-managed Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement. The term "Designated Member" means the member or members of the Limited Liability Company authorized to act on behalf of the Limited Liability Company in a member-managed Limited Liability Company. By signing this resolution, Manager or Designated Member represent that they have provided the Financial Institution with true and complete copies of the articles of organization and operating agreements of the Limited Liability Company as amended to the date of this resolution.

**The Limited Liability Company named on this resolution resolves that,**

(1) The Financial Institution is designated as a depository for the funds of the Limited Liability Company and to provide other financial accommodations indicated in this resolution.

(2) This resolution shall continue to have effect until express written notice of its rescission or modification has been received and recorded by the Financial Institution. Any and all prior resolutions adopted by the Managers or Designated Members of the Limited Liability Company and certified to the Financial Institution as governing the operation of this Limited Liability Company's account(s), are in full force and effect, until the Financial

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 2 of 4

Institution receives and acknowledges an express written notice of its revocation, modification or replacement. Any revocation, modification or replacement of a resolution must be accompanied by documentation, satisfactory to the Financial Institution, establishing the authority for the changes.

(3) The signature of an Agent on this resolution is conclusive evidence of their authority to act on behalf of the Limited Liability Company. Any Agent, so long as they act in a representative capacity as an Agent of the Limited Liability Company, is authorized to make any and all other contracts, agreements, stipulations and orders which they may deem advisable for the effective exercise of the powers indicated within this document, from time to time with the Financial Institution, subject to any restrictions on this resolution or otherwise agreed to in writing.

(4) All transactions, if any, with respect to any deposits, withdrawals, rediscounts and borrowings by or on behalf of the Limited Liability Company with the Financial Institution prior to the adoption of this resolution are hereby ratified, approved and confirmed.

(5) The Limited Liability Company agrees to the terms and conditions of any account agreement, properly opened by any Agent of the Limited Liability Company. The Limited Liability Company authorizes the Financial Institution, at any time, to charge the Limited Liability Company for all checks, drafts, or other orders, for the payment of money, that are drawn on the Financial Institution, so long as they contain the required number of signatures for this purpose.

(6) The Limited Liability Company acknowledges and agrees that the Financial Institution may furnish at its discretion automated access devices to Agents of the Limited Liability Company to facilitate those powers authorized by this resolution or other resolutions in effect at the time of issuance. The term "automated access device" includes, but is not limited to, credit cards, automated teller machines (ATM), and debit cards.

(7) The Limited Liability Company acknowledges and agrees that the Financial Institution may rely on alternative signature and verification codes issued to or obtained from the Agent named on this resolution. The term "alternative signature and verification codes" includes, but is not limited to, facsimile signatures on file with the Financial Institution, personal identification numbers (PIN), and digital signatures. If a facsimile signature specimen has been provided on this resolution, (or that are filed separately by the Limited Liability Company with the Financial Institution from time to time) the Financial Institution is authorized to treat the facsimile signature as the signature of the Agent(s) regardless of by whom or by what means the facsimile signature may have been affixed so long as it resembles the facsimile signature specimen on file. The Limited Liability Company authorizes each Agent to have custody of the Limited Liability Company's private key used to create a digital signature and to request issuance of a certificate listing the corresponding public key. The Financial Institution shall have no responsibility or liability for unauthorized use of alternative signature and verification codes unless otherwise agreed in writing.

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 3 of 4

**Effect on Previous Resolutions.** This resolution supersedes resolution dated _____. If not completed, all resolutions remain in effect.

**Certification of Authority**

I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions stated above to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same.

In Witness Whereof, I have subscribed my name to this document of the Limited Liability Company on 10/15/2020 (date).

DocuSigned by:
J T Molina
FC85CBE266B84F9...

Manager or Designated Member
JUAN ANTONIO MOLINA, OWNER

_____
Attest by One Other Manager or Designated Member

**For Financial Institution Use Only**

Acknowledged and received on _____ (date) by _____ (initials).
☐ This resolution is superseded by resolution dated _____.

**Comments:**

Limited Liability Company Authorization Resolution
© 2018 Wolters Kluwer Financial Services, Inc.
All rights reserved.

LLC-1 9/1/2018
(1809).00
Page 4 of 4