

# ACH PAYMENT
*One-Time ACH Debit/Credit Authorization*

## DEBIT BANK ACCOUNT INFORMATION

| | |
|---|---|
| NAME ON ACCOUNT: | J Global Supply |
| ACCOUNT NUMBER: 93 | ACCOUNT TYPE: ✔ CHECKING ☐ SAVINGS ☐ CD* |
| BANK NAME: | Chase Bank |
| BANK ROUTING NUMBER: | 26 |
| AMOUNT TO TRANSFER: | 250,000 |
| DATE TO DEBIT THE ACCOUNT: | 10/22/2020 |

## CREDIT BANK ACCOUNT INFORMATION

| | |
|---|---|
| NAME ON ACCOUNT: | J Global Supply |
| ACCOUNT NUMBER: 91 | ACCOUNT TYPE: ■ CHECKING ☐ SAVINGS |
| BANK NAME: | MapleMarkBank |
| BANK ROUTING NUMBER: | 35 |

(Note: Date must be a future business date unless received by 3PM Central Time)

## AUTHORIZATION

I hereby authorize and direct MapleMark Bank to transfer funds in the amount and at the date specified on this form and apply the funds to the account indicated above. By signing this form, you give MapleMark Bank permission to debit your account for the amount indicated on the or after the indicated date. This is permission for a single transaction only and does not provide authorization for any additional unrelated debits or credits to your account.

I understand that because this is an electronic transaction, these funds may be withdrawn from my account as soon as the above noted transaction date. In the event, that the payment is rejected/returned by the receiving bank, I understand that MapleMark Bank will adjust my account for the rejected/returned item and may cause an account to overdraft.

I confirm I am an authorized signer on both accounts within this transaction. I acknowledge that the origination of ACH transactions to my account must comply with the provisions currently enforce by Bank Terms and Conditions, NACHA Operating Rules and U.S. Law.

I understand that this is a one-time debit authorization, and once submitted, my authorization of this payment may not be cancelled.

*CD is only applicable as a debit option when closing a MapleMark Bank Certificate of Deposit.

## CUSTOMER SIGNATURE

X *[signature: JT Moline]*    Date 10/22/20

**EXHIBIT A-3**