| Account # | Customer Name | Date | Description | Credit | Debit | Orig./Benef. Name | Orig./Benef. Address |
|---|---|---|---|---|---|---|---|
| | 91 J GLOBAL SUPPLY LLC | 10/30/2020 | Insufficient Funds Charge Overdraft Funds Paid Charge 0 | $0.00 | $70.00 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/30/2020 | POS Purchase-POS Purchase Non-PIN CFX VES WEBSITE 4076905200 FL 0000 *****1857 10/29 20:23 | $0.00 | $465.33 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/30/2020 | POS Purchase-POS Purchase Non-PIN CFX -E-PASS RETAIL 4076905000 FL 0000 *****1857 10/29 21:12 | $0.00 | $50.00 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | Insufficient Funds Charge Overdraft Funds Paid Charge Daily Max OD Fee is $210.00 0 | $0.00 | $210.00 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN CHEDDARS 0202000020909 ORLANDO FL 009 *****1857 10/27 20:00 | $0.00 | $60.25 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 20:37 | $0.00 | $27.99 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 1111111111 CA 0000 *****1857 10/28 20:39 | $0.00 | $0.99 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN KRES CHOPHOUSE ORLANDO FL 762472 *****1857 10/27 21:46 | $0.00 | $212.15 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN GEICO *AUTO MACON DC 999999 *****1857 10/28 22:39 | $0.00 | $580.00 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN Southern Nights Orland Orlando FL 999999 *****1857 10/28 23:08 | $0.00 | $242.60 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN Southern Nights Orland Orlando FL 999999 *****1857 10/27 23:08 | $0.00 | $11.52 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/29/2020 | POS Purchase-POS Purchase Non-PIN STARBUCKS STORE 11402 ORLANDO FL 999999 *****1857 10/28 09:44 | $0.00 | $21.94 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/28/2020 | **ACH Return Debit ACH Return Debit CLOSED ACCOUNT 0** | $0.00 | **$250,000.00** | **Account closed - Chase** | |
| | 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN WM SUPERCENTER # ORLANDO FL 574100 *****1857 10/27 18:23 | $0.00 | $3.33 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN WM SUPERC Wal-Mart Sup ORLANDO FL 574100 *****1857 10/27 18:19 | $0.00 | $42.03 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 08:31 | $0.00 | $14.99 | | |
| | 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN JOE'S AUTO PARKS PLAZA ORLANDO FL 755201 *****1857 10/27 08:39 | $0.00 | $10.00 | | |



EXHIBIT A-4

| | | | | | | |
|---|---|---|---|---|---|---|
| 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 09:26 | $0.00 | $2.99 | | |
| 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 09:33 | $0.00 | $11.05 | | |
| 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 09:33 | $0.00 | $13.26 | | |
| 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 09:38 | $0.00 | $11.05 | | |
| 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase Non-PIN APPLE.COM/BILL 866-712-7753 CA 999999 *****1857 10/28 09:50 | $0.00 | $4.99 | | |
| 91 J GLOBAL SUPPLY LLC | 10/28/2020 | POS Purchase-POS Purchase With PIN NNT LOUIS VUITTON O0012 ORLANDO FL 046122 *****1857 10/28 13:38 | $0.00 | $900.00 | | |
| 91 J GLOBAL SUPPLY LLC | 10/26/2020 | Outgoing Wire | $0.00 | $100,000.00 | J GLOBAL SUPPLY LLC | 4513 WESTON ROAD WESTON FL 33331 |
| 91 J GLOBAL SUPPLY LLC | 10/26/2020 | ACH Debit-Northland Paramo/Rent 118893263 J Global Supply | $0.00 | $10,000.00 | | |
| 91 J GLOBAL SUPPLY LLC | 10/23/2020 | Outgoing Wire | $0.00 | $134,506.35 | PRESTIGE MOTORCARD IMPORTS INC | 14800 BISCAYNE BLVD NORTH MIAMI BEACH, FL 33181 UNITED STATES |
| 91 J GLOBAL SUPPLY LLC | 10/22/2020 | REGULAR PAYMENT ACH OPENING DEPOSIT 0 | $250,000.00 | $0.00 | | requested originate a debit from a chase |
| | | | $250,000.00 | $497,472.81 | ($247,472.81) | |