User H61AAS  eGIFTS  Wednesday, 28-OCT-2020 13 07 47  Close Window

## Fedwire Payment

**Payment Date** 23-OCT-2020
**Value Date** 23-OCT-2020
**Sender Ref.** 12
**Ref.For Beneficiary**
**Beneficiary** CUSTOMER
**Fedwire Type/Code** 10 00 / CTR

**Amount**
| | |
|---|---|
| Original | USD 134,506.35 |
| Debit | USD 134,506.35 |
| Paid | USD 134,506.35 |

**Debit Charges**
| | | |
|---|---|---|
| Default | B LL LATER | 0.00 |
| Override | B LL LATER | 0.00 |

**Additional Charges**
| | |
|---|---|
| Bill (Debit) | 0.00 |
| Deduct (Credit) | 0.00 |

Spread Rate/Charges
Total Bill Charges  0 00
Total Deduct Charges  0 00

**Sending Bank** 35
MAPLEMARK BANK
DALLAS
TX

**Receiving Bank** 93
BANK OF AMERICA, N.A., NY
NEW YORK
NY

**Originator to Beneficiary Info.**
RE 5233 TARTAN DR
H.HOLIDAYS R E. HOLDINGS LLC

**Originator** 91
J GLOBAL SUPPLY LLC
415 E PINE ST APT 607
ORLANDO FL 32801-2877
Occupation
Currency  USD   Advice

**Beneficiary** 31
PRESTIGE MOTORCARD IMPORTS INC
14800 BISCAYNE BLVD
NORTH MIAMI BEACH, FL 33181
UNITED STATES
US: UNITED STATES
Occupation
Advice

Sender Ref. (Translated)
Ref.For Beneficiary (Translated)

**Delivery** Fax

**BSA**
Name
Address
City
State
Zip
Phone
Identification
Issuer
Expiry Date
Comments

Reason for Payment
Relationship to Beneficiary

**Rebates**
| | |
|---|---|
| Credit | 0.00 |
| Debit | 0.00 |

**ESN**
Source  MANUAL ENTRY
Institution  MAPLEMARK BANK (H61)
Branch  MAPLEMARK BANK (001)
Department  W RE OPERATIONS (100)
OFAC  Match(es) Found/Determined to be False Positive. Released from OFAC Verify.
Pre-Advice  NO
Inclearing Check  NO
Expected Credit/Reference No.  0
Entry Operator / Date  XC  / 23-OCT-2020 14:21:46

**Fedwire**
| | | | |
|---|---|---|---|
| IMAD | 20201023 | RB | 000018 |
| OMAD | 20201023 | 1R | 014236 |

**OFAC Matches**

| Entity Name | Linked Entities | Score | Match Type | Field with Match | Scan # | Rules |
|---|---|---|---|---|---|---|
| UNITED WA STATE ARMY | 1 | 90 | Name | Benef. Name & Addr. | | 1 |
| IMPORTCLUB | 1 | 89 | Name | Benef. Name & Addr. | | 1 |
| UNITED TRADING SITE | 1 | 89 | Name | Benef. Name & Addr. | | 1 |
| UNITED WA STATE PARTY | 1 | 89 | Name | Benef. Name & Addr. | | 1 |
| PRESTON | 1 | 87 | Name | Benef. Name & Addr. | | 1 |
| PRESTON | 1 | 87 | Name | Benef. Name & Addr. | | 1 |
| UN DAS S A | 1 | 84 | Name | Benef. Name & Addr. | | 1 |
| UNICO TEXTILES | 2 | 83 | Name | Benef. Name & Addr. | | 1 |
| UNITED COMPANY OJSC | 1 | 83 | Name | Benef. Name & Addr. | | 1 |
| GLOBAL INDUSTRIAL AND ENG NEERING SUPPLY LIMITED | 1 | 100 | Name | Orig. Name & Addr. | | 1 |
| GLOBAL INDUSTRIAL AND ENG NEERING SUPPLY LTD | 1 | 100 | Name | Orig. Name & Addr. | | 1 |
| APT39 | 1 | 91 | Name | Orig. Name & Addr. | | 1 |
| GLOBEXBANK | 1 | 83 | Name | Orig. Name & Addr. | | 1 |
| I AND S HOLDING COMPANY S A | 1 | 100 | Name | Orig.To Benef. | | 1 |
| I S HOLD NG COMPANY S A | 3 | 100 | Name | Orig.To Benef. | | 1 |

EXHIBIT A-5

| Name | Count | Score | Field | Match Type | |
|---|---|---|---|---|---|
| 200G PSA HOLDINGS LLC | 3 | 90 | Name | Orig.To Benef. | 1 |
| AFRICAN TRANS NTERNATIONAL HOLDINGS B V | 1 | 90 | Name | Orig.To Benef. | 1 |
| BEIT AL MAL HOLD NGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| BEIT EL MAL HOLD NGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| FARTRADE HOLDINGS S A | 1 | 90 | Name | Orig.To Benef. | 1 |
| FLEURETTE HOLDINGS NETHERLANDS B V | 1 | 90 | Name | Orig.To Benef. | 1 |
| GOLFRATE HOLDINGS ANGOLA LDA | 1 | 90 | Name | Orig.To Benef. | 1 |
| GOLFRATE HOLDINGS LDA | 1 | 90 | Name | Orig.To Benef. | 1 |
| GPB DI HOLD NGS L MITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| HOLA SUN HOLIDAYS LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| INTERNATIONAL INVESTMENT HOTELS HOLDINGS A S | 1 | 90 | Name | Orig.To Benef. | 1 |
| J NHOU INTERNATIONAL HOLD NGS CO LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| LEISURE HOL DAYS LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| MAGUS HOLDINGS USA CORP | 1 | 90 | Name | Orig.To Benef. | 1 |
| MARANER HOLDINGS LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| MFAA HOLD NGS L MITED | 2 | 90 | Name | Orig.To Benef. | 1 |
| PANLI HOLDINGS INC | 1 | 90 | Name | Orig.To Benef. | 1 |
| SAKUNDA HOLDINGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| SAKUNDA HOLDINGS PRIVATE LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| S NO Z MBABWE COTTON HOLDINGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| S NO Z M HOLDINGS LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| S NO Z M HOLDINGS PVT LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| STG HOLDINGS LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| WHITE SEAL HOLD NGS L MITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZIDCO HOLDINGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZIDCO HOLDINGS LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZIDCO HOLDINGS PVT LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZUPPA HOLDINGS LIMITED | 2 | 90 | Name | Orig.To Benef. | 1 |
| HOTEL HOLDING S R O | 1 | 84 | Name | Orig.To Benef. | 1 |
| REACH HOLDING GROUP SHANGHAI CO LTD | 3 | 83 | Name | Orig.To Benef. | 1 |
| TARTOUS | 1 | 83 | Name | Orig.To Benef. | 1 |

**Fraud Matches**

| Scan | Bypassed | Message |
|---|---|---|
| 1 | No | No activity found for this account. |
| 1 | No | First outbound wire found for this debit/beneficary combination |

**Memo**

EMAIL REQUEST(23-OCT-2020 14:21:46     XC);
. ADD ADDITIONAL INFORMATION AS PROVIDED ON THE FORM(23-OCT-2020 14:42:12     AS);
. . ALICIA SEGOVIA SPOKE TO JUAN MOLINA AT 2 38 AND CONFIRMED WIRE. APPROVED BY SHERI MASON(23-OCT-2020 15:26:04,     XD);
FROM OFAC VER FY;. NO OFAC MATCH(23-OCT-2020 15 27:22,     AS);
. CUSTOMER CONFIRMS REC WIRE INSTRUCTIONS VIA A TRUSTED SOURCE.(23-OCT-2020 15:30:15     AS);
Travel Rules validation Successful (23-OCT-2020 15 30:27/SYSTEM)

| Method Of Payment | Fedwire Payment | Queue | FED PAYMENTS COMPLETION QUEUE | | |
|---|---|---|---|---|---|
| Transaction No. | 12 (B) | Domestic/Foreign | (Domestic ) | FATCA Withhold | (NO ) |