User  AS                           eGIFTS                    Wednesday, 28-OCT-2020 13 07 21

[Close Window]

## Fedwire Payment

| | |
|---|---|
| Payment Date | 26-OCT-2020 |
| Value Date | 26-OCT-2020 |
| Sender Ref. | 02 |
| Ref.For Beneficiary | |
| Beneficiary | CUSTOMER |
| Fedwire Type/Code | 10 00 / CTR |

**Amount**

| | |
|---|---|
| Original | USD 100,000 00 |
| Debit | USD 100,000 00 |
| Paid | USD 100,000 00 |

**Debit Charges**

| | | |
|---|---|---|
| Default | BILL LATER | 0.00 |
| Override | BILL LATER | 0.00 |

**Additional Charges**

| | |
|---|---|
| Bill (Debit) | 0.00 |
| Deduct (Credit) | 0.00 |

Spread Rate/Charges
Total Bill Charges      0 00
Total Deduct Charges    0 00

**Sending Bank**
35
MAPLEMARK BANK
DALLAS
TX

**Receiving Bank**
93
BANK OF AMERICA, N A., NY
NEW YORK
NY

**Originator to Beneficiary Info.**
RE 5233 TARTAN DRIVE
H. HOLIDAYS R E. HOLDINGS LLC

**Originator**
91
J GLOBAL SUPPLY LLC
415 E PINE ST APT 607
ORLANDO FL 32801-2877

**Beneficiary**
20
J GLOBAL SUPPLY LLC
4513 WESTON ROAD
WESTON FL 33331

Occupation
Currency  USD   Advice

Occupation
Advice

Sender Ref. (Translated)
Ref.For Beneficiary (Translated)

### MT103 Information

26T
33B
36
71A
71F
71G

Reason for Payment
Relationship to Beneficiary

**Rebates**

| | |
|---|---|
| Credit | 0.00 |
| Debit | 0.00 |

ESN
Source                    MANUAL ENTRY
Institution               MAPLEMARK BANK (H61)
Branch                    MAPLEMARK BANK (001)
Department                W RE OPERATIONS (100)
OFAC                      Match(es) Found/Determined to be False Positive. Released from OFAC Verify.
Pre-Advice                NO
Inclearing Check          NO
Expected Credit/Reference No.   0
Entry Operator / Date     AS  /  26-OCT-2020 12:54:43

**Fedwire**

| | | | |
|---|---|---|---|
| IMAD | 20201026 | RB | 000011 |
| OMAD | 20201026 | 3R | 010214 |

### OFAC Matches

| Entity Name | Linked Entities | Score | Match Type | Field with Match | Scan # | Rules |
|---|---|---|---|---|---|---|
| GLOBAL INDUSTRIAL AND ENG NEERING SUPPLY LIMITED | 1 | 100 | Name | Benef. Name & Addr. | | 1 |
| GLOBAL INDUSTRIAL AND ENG NEERING SUPPLY LTD | 1 | 100 | Name | Benef. Name & Addr. | | 1 |
| GLOBEXBANK | 1 | 83 | Name | Benef. Name & Addr. | | 1 |
| GLOBAL INDUSTRIAL AND ENG NEERING SUPPLY LIMITED | 1 | 100 | Name | Orig. Name & Addr. | | 1 |
| GLOBAL INDUSTRIAL AND ENG NEERING SUPPLY LTD | 1 | 100 | Name | Orig. Name & Addr. | | 1 |
| APT39 | 1 | 91 | Name | Orig. Name & Addr. | | 1 |
| GLOBEXBANK | 1 | 83 | Name | Orig. Name & Addr. | | 1 |
| I AND S HOLDING COMPANY S A | 1 | 100 | Name | Orig.To Benef. | | 1 |
| I S HOLD NG COMPANY S A | 3 | 100 | Name | Orig.To Benef. | | 1 |
| 200G PSA HOLDINGS LLC | 3 | 90 | Name | Orig.To Benef. | | 1 |
| AFRICAN TRANS NTERNATIONAL HOLDINGS B V | 1 | 90 | Name | Orig.To Benef. | | 1 |
| BEIT AL MAL HOLD NGS | 1 | 90 | Name | Orig.To Benef. | | 1 |
| BEIT EL MAL HOLD NGS | 1 | 90 | Name | Orig.To Benef. | | 1 |
| FARTRADE HOLDINGS S A | 1 | 90 | Name | Orig.To Benef. | | 1 |
| FLEURETTE HOLDINGS NETHERLANDS B V | 1 | 90 | Name | Orig.To Benef. | | 1 |
| GOLFRATE HOLDINGS ANGOLA LDA | 1 | 90 | Name | Orig.To Benef. | | 1 |
| GOLFRATE HOLDINGS LDA | 1 | 90 | Name | Orig.To Benef. | | 1 |
| GPB DI HOLD NGS L MITED | 1 | 90 | Name | Orig.To Benef. | | 1 |
| HOLA SUN HOLIDAYS LIMITED | 1 | 90 | Name | Orig.To Benef. | | 1 |
| INTERNATIONAL INVESTMENT HOTELS HOLDINGS A S | 1 | 90 | Name | Orig.To Benef. | | 1 |
| J NHOU INTERNATIONAL HOLD NGS CO LTD | 1 | 90 | Name | Orig.To Benef. | | 1 |
| LEISURE HOL DAYS LIMITED | 1 | 90 | Name | Orig.To Benef. | | 1 |

EXHIBIT A-6

| | | | | | |
|---|---|---|---|---|---|
| MAGUS HOLDINGS USA CORP | 1 | 90 | Name | Orig.To Benef. | 1 |
| MARANER HOLDINGS LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| MFAA HOLD NGS L MITED | 2 | 90 | Name | Orig.To Benef. | 1 |
| PANLI HOLDINGS INC | 1 | 90 | Name | Orig.To Benef. | 1 |
| SAKUNDA HOLDINGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| SAKUNDA HOLDINGS PRIVATE LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| S NO Z MBABWE COTTON HOLDINGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| S NO Z M HOLDINGS LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| S NO Z M HOLDINGS PVT LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| STG HOLDINGS LIMITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| WHITE SEAL HOLD NGS L MITED | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZIDCO HOLDINGS | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZIDCO HOLDINGS LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZIDCO HOLDINGS PVT LTD | 1 | 90 | Name | Orig.To Benef. | 1 |
| ZUPPA HOLDINGS LIMITED | 2 | 90 | Name | Orig.To Benef. | 1 |
| HOTEL HOLDING S R O | 1 | 84 | Name | Orig.To Benef. | 1 |
| REACH HOLDING GROUP SHANGHAI CO LTD | 3 | 83 | Name | Orig.To Benef. | 1 |
| TARTOUS | 1 | 83 | Name | Orig.To Benef. | 1 |

**Fraud Matches**

| Scan | Bypassed | Message |
|---|---|---|
| 1 | No | First outbound wire found for this debit/beneficary combination |

**Memo**

. CONFIRMED WIRE WITH JT MOL NA AT 12:50 AND CONFIRMED W RE.(26-OCT-2020 12:54:43    AS);
. ALICIA SEGOVIA SPOKE TO JT MOL NA AT 12:50 AND CONFIRMED THE WIRE. APPROVED BY SHERI MASON(26-OCT-2020 13:12:12,    XD);
FROM OFAC VER FY;. NO OFAC MATCH(26-OCT-2020 13:13:01,    XD);
. . ALICIA CONF RMED WITH JT MOLINA THAT HE RECEIVED THE WIRING INSTRUCTIONS FROM A TRUSTED SOURCE. OK TO PROCESS(26-OCT-2020 13:16 09,    XD);
Travel Rules validation Successful (26-OCT-2020 13:16:13/SYSTEM)

| Method Of Payment | Fedwire Payment | Queue | FED PAYMENTS COMPLETION QUEUE | | |
|---|---|---|---|---|---|
| Transaction No. | 02 | Domestic/Foreign | (Domestic ) | FATCA Withhold | (NO ) |