

EXHIBIT A-8























