# Illmer, Rick

| | |
|---|---|
| **From:** | Illmer, Rick |
| **Sent:** | Monday, November 16, 2020 4:48 PM |
| **To:** | jt@jglobalsupply.com |
| **Cc:** | Weger, Ryan; Buffey Klein |
| **Subject:** | MapleMark Bank |

I am a lawyer who represents MapleMark Bank with regard to claims against Juan Anotnio Molina and J. Global Supply LLC. Please contact me, or have your lawyer do so, about a Motion for TRO the bank is filing against you.

Rick Illmer
Office Managing Partner

**HUSCH BLACKWELL LLP**
1900 N. Pearl Street,
Suite 1800
Dallas, TX 75201
Direct: 214.999.6112
Fax: 214-999-6170
Rick.Illmer@huschblackwell.com
huschblackwell.com
View Bio | View VCard

> **Husch Blackwell COVID-19 Toolkit**
> Husch Blackwell has launched a COVID-19 response team providing insight to businesses as they address challenges related to the coronavirus outbreak. Content and programming to assist clients across multiple areas of operations can be found on our website via our Coronavirus toolkit.



EXHIBIT B-1